NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

### IN RE GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL LLC, and LYCOS, INC.,

*Petitioners.*

---

Miscellaneous Docket No. 946

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 07-CV-0511, Magistrate Judge Charles Everingham, IV.

---

## ON PETITION FOR WRIT OF MANDAMUS

---

## ORDER

Google et al. (Google) submits a letter of counsel informing the court of the United States District Court for the Eastern District of Texas's order granting transfer of venue. Google further requests that its petition for a writ of mandamus be dismissed as moot.

Upon consideration thereof,

IT IS ORDERED THAT:

Google's petition is dismissed as moot.

FOR THE COURT

AUG   5 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Paul D. Clement, Esq.
Claude M. Stern, Esq.
Michael A. Jacobs, Esq.
Lee L. Kaplan, Esq.
Clerk, United States District Court for the Eastern District of Texas

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 0 5 2010

JAN HORBALY
CLERK